UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA KONIE, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-6310 |
| | | REF: All cases |
| LOUISIANA STATE, ET AL. | * | SECTION "L"(3) |

# ORDER

On September 16, 2008, Defendants C. Ray Nagin, Warren J. Riley, and Edwin Compass, III, filed a Motion for Judgment on the Pleadings or, Alternatively, for Summary Judgment (Rec. Doc. No. 112). A hearing date was set for October 8, 2008. Before the hearing could take place, the above captioned matter was reassigned (Rec. Doc. No. 117), and an Order was issued staying the case and continuing all hearings without date (Rec. Doc. No. 118). On June 17, 2009, the Court issued an Order lifting the stay and setting the Motion for hearing on July 29, 2009 (Rec. Doc. No. 119). It also directed the parties to file Responses by July 22, 2009. Plaintiff did not file a Response by this date and the Motion was taken under submission.

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to Defendants' Motion for Judgment on the Pleadings or, Alternatively, for Summary Judgment (Rec. Doc. No. 112), set for hearing on July 29, 2009, has been timely submitted by the Plaintiff.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, IT IS ORDERED that Defendants' Motion for

Judgment on the Pleadings or, Alternatively, for Summary Judgment (Rec. Doc. No. 112) is GRANTED and the Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this  13th  day of January, 2010.

*Eldon E. Fallon*

UNITED STATES DISTRICT JUDGE